UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>USAMA MALIK and<br>LAUREN S. WOOD,<br><br><br>　　　　　　　　　Defendants. | Civ. No. 21-20300 (CCC)<br><br>**ORDER GRANTING<br>TEMPORARY LIFTING<br>OF STAY** |

　　　　This matter having come before the Court upon the letter motion of the United States Securities and Exchange Commission for an Order granting a temporary lifting of the stay of civil proceedings in this matter solely for the purpose of approving and entering a consent Final Judgment as to Defendant Usama Malik:

　　　　**WHEREAS,** on January 5, 2022, this Court issued an Order granting the United States of America's Motion to Intervene and staying this action pending the conclusion of criminal proceedings in *United States v. Usama Malik and Lauren S. Wood,* Mag. 21-11371 (AME) and any related proceedings before the United States District Court, including trial [#7];

　　　　**WHEREAS,** on July 29, 2024, the Securities and Exchange Commission moved this Court to lift the stay temporarily and approve and enter a consent Final Judgment as to Defendant Usama Malik [#14];

2

**IT IS THEREFORE ON THIS**  2  **DAY of**  October  **, 2024,**

**ORDERED** that, in the interests of justice, the stay in the above-captioned action is temporarily lifted solely for the purpose of approving and entering the Final Judgment as to Defendant Usama Malik.

_____
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE